IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE MILNE, | No. C 09-00871 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| QUALITY LOAN SERVICE CORPORATION; INDYMAC BANK, FSB; and DOES 1-10, inclusive, | |
| Defendants. | |

Defendant Federal Deposit Insurance Corporation, as the receiver and conservator for Indymac Federal Bank, has filed a motion to dismiss and to expunge lis pendens, which is scheduled for a hearing on April 23, 2009. Pursuant to Civil Local Rule 7-3, plaintiff's opposition was due on April 2, 2009. To date, plaintiff has not filed an opposition or a statement of nonopposition. Apparently, this failure to respond to the motion is consistent with the conduct of plaintiff's counsel in similar cases where plaintiffs likewise failed to oppose motions to dismiss or file a statement of nonopposition. In addition, the Court has learned that the law offices of plaintiff's counsel have been shut down by the State Bar of California.

Accordingly, plaintiff must file a notice of appearance and show cause why the case should not be dismissed for lack of prosecution **WITHIN TWENTY-ONE CALENDAR DAYS**. Plaintiff may do so herself or she may do so through counsel if she secures new counsel (or intends to do so). The hearing scheduled for April 23, 2009 is **VACATED**.

1   Plaintiff's existing attorneys, if any, as well as defendant's attorneys must serve copies
2 of this order and the pending motion on the named plaintiff at her last known address **WITHIN**
3 **THREE DAYS** of the date of this order.  Service by first class mail will be sufficient.
4   **IT IS SO ORDERED.**

6 Dated: April 7, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2